James Reaves 339228
Name and Prisoner/Booking Number

ASPC-Eyman Browning Unit
Place of Confinement

P.O. Box 3400    4-L-12
Mailing Address

Florence, AZ    85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED  ☐ LODGED

**Aug 28 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

James M. Reaves III
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Jason Davila
(Full Name of Defendant)

(2) Jonathan Mosher

(3) Brian Hopkins

(4) Joseph Ricks

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-20-00372-TUC-SHR-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Tucson, AZ

<u>Additional Defendants:</u>
5) Hayley Weigold
6) Barbara LaWall
7) Mark Brnovich

B. <u>Defendants - continued</u>
5) <u>Name of fifth Defendant:</u> Hayley Weigold
<u>The fifth Defendant is employed as:</u> Deputy Attorney
<u>at:</u> Pima County District Attorney Office

6) <u>Name of sixth Defendant:</u> Barbara LaWall
<u>The fifth Defendant is employed as:</u> District Attorney
<u>at:</u> Pima County District Attorney Office

7) <u>Name of seventh Defendant:</u> Mark Brnovich
<u>The seventh Defendant is employed as:</u> Arizona Attorney General
<u>at:</u> The State of Arizona Attorney General Office

page 1-A

## B. DEFENDANTS

1. Name of first Defendant: __Jason Davila__. The first Defendant is employed as: __Detective__ (Position and Title) at __Pima County Sheriff's Department__ (Institution).

2. Name of second Defendant: __Jonathan Mosher__. The second Defendant is employed as: __Deputy Attorney__ (Position and Title) at __Pima County Attorney Office__ (Institution).

3. Name of third Defendant: __Brian Hopkins__. The third Defendant is employed as: __Deputy Attorney__ (Position and Title) at __Pima County Attorney Office__ (Institution).

4. Name of fourth Defendant: __Joseph Ricks__. The fourth Defendant is employed as: __Deputy Attorney__ (Position and Title) at __Pima County Attorney Office__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __James M. Reaves III__ v. __Jason Davila__
      2. Court and case number: __Pima County Superior Court, C-20201525__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed?__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 14th Admendment, Due Process, Procedural, Suppression, Fair Trial

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Due Process, Fair Trial

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant Jason Davila knowingly and willingly suppressed material evidence, in collusion with Defendants Mosher, Hopkins, Ricks, and Weigold. ~~[crossed out]~~ Defendant LaWall has the responsibility to oversee the actions or lack of action for Defendants Mosher, Hopkins, Ricks, and Weigold.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Wrongful Conviction, lost wages, Emotional Distress, Denial of Fair Trial, shock of the conscience, outrageous conduct, ~~[crossed out]~~ lack of morality, lack of honesty, miscarriage of Justice.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There are no grievance procedures available

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _18 USCS § 1515(c), omission, Constitutional Deprivation, Fair trial_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Administration of Justice, Obstruction_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   
   Defendant, Jason Davila, selectively omitted from his official reports, relevant and critically important material information. Defendant knew of this omitted material information on January 9, 2017. This is a Constitutional Deprivation, a crime under federal law, and a crime under State law. Defendants Mosher, Hopkins, Ricks, and Weigold had the responsibility to obtain and disclose said material information. Defendant LaWall carries the responsibility to enforce and manage the actions, or lack of action, of Mosher, Hopkins, Ricks, and Weigold. Defendant Brnovich is required to maintain positive control and enforcement of the attorneys of the State of Arizona and the laws of the Constitution, U.S.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   
   Wrongful Conviction, Emotional Distress, False Evidence, Constitutional Deprivation, Emotional Distress, State Created Danger, Egregiousness of Conduct, Maliciousness, Disreputation, false criminal complaint, shock of the conscience, pain and suffering, outrageous conduct, fair trial denial

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _There are no grievance or administrative procedures available_

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: **14th Amendment, wilful and knowing negligence and misconduct, Maliciousness, Egregiousness - Fair trial Denial**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Due process, Fair Trial**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On January 9, 2017 Defendant, Jason Davila, acquired material evidence relevant to the case CR-20170282. Instead of disclosing this material evidence, Defendants used a secondary type of evidence not containing this material information, resulting in a false representation of the truth. This deception is violation of rules, laws, and constitutionally grounded rights of Due Process. Defendants Mosher, Hopkins, Ricks, and Weigold carried the responsibility to disclose this material information. Defendant LaWall carries the responsibility to enforce the rules and to manage the actions, or lack of action, of Mosher, Hopkins, Ricks, and Weigold.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Wrongful Conviction, Emotional Distress, False Evidence, Constitutional Deprevation, Due Process, State created Danger, Maliciousness, False evidence, Suppression, Disreputation, false criminal complaint, shock of the conscience, pain and suffering, outrageous conduct, miscarriage of justice, fair trial denial

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **There are grievance or administrative procedures available**

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## Count IV

1) <u>State the constitutional or other federal civil right that was violated</u>: Deprivation of Constitutional or Statutory Rights, Fair trial

2) <u>Identify the issue</u>: Deprivation and denial

3) <u>Supporting Facts</u>: Defendants deprived Plaintiff of his constitutional and statutory rights after they chose to misrepresent the full facts and truth in the case CR-20170282. Plaintiff does not allege conspiracy.

4) <u>Injury</u>: Wrongful Conviction, Emotional Distress, Physical harm, Maliciousness, Misrepresentation, false evidence, disreputation, pain and suffering, shock of the conscience, outrageous conduct, miscarraige of justice, fair trial denial

5) <u>Administrative Remedies</u>:
There are no grievance procedures available.

page 2

## Count V

1) State the constitutional or other federal civil right that was violated: Intentional 14th admendment violation

2) Identify the issue involved: Intentional Constitutional Violations, 14th Admendment

3) Supporting Facts: After choosing to omit and conceal material information, Defendants abused their power of office to prejudize the Plaintiff of his Constitutionally protected civil rights. Plaintiff does not allege conspiracy.

4) Injury: Wrongful Conviction, Prejudicial activities, Emotional Distress, Maliciousness, False evidence, Physical harm, disreputation, shock of the conscience, fair trial denial

5) Administrative Remedies:
There are no grievance procedures available.

page 3

## Count VI

1) <u>State the constitutional or other federal civil right that was violated</u>: Suppression of Evidence, Due process; 14th Amendment, Supremacy clause, constitutional violation

2) <u>Identify the issue involved</u>: Suppression of Evidence

3) <u>Supporting Facts</u>: Defendants, acting under the color of state law, deprived Plaintiff of his constitutional right of Due process and chose to suppress relevant material exculpatory information. Plaintiff does not allege conspiracy. This material exculpatory information has been suppressed from grand jury proceedings when it was known BEFORE the criminal complaint was filed.

4) <u>Injury</u>: Wrongful Conviction; Emotional Distress; Physical threats and harm; Maliciousness; Misrepresentation; False evidence; Statutory violations, Disreputation, shock of conscience, fair trial denial

5) <u>Administrative Remedies</u>:
There are no grievance procedures available.

## Count VII

1) State the constitutional or other federal civil right that was violated: Constitutional violation, Due Process clause generally, failure to disclose, Failure to inform

2) Identify the issue involved: Due Process

3) Supporting Facts: Defendants failed to inform Plaintiff of relevant and very important material information and evidence. This action by the Defendants is Omission. This Omission violates United States v. Price, 566 F.3d 900. This Omission contains evidence and information that falls under Brady v. Maryland, 373 U.S. 83. This failure is purposeful and is a constitutional violation of Plaintiff's civil rights. Plaintiff does not allege conspiracy.

4) Injury: Wrongful Conviction, Emotional Distress, Physical harm, Pain and suffering, Maliciousness, Misrepresentations, Omissions, False evidence, Disreputation, shock of conscience, fair trial denial

5) Administrative Remedies:
There are no grievance procedures available

page 5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
$15,000,000 for compensatory and punitive damages, ~~[redacted]~~

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/9/2020
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6