# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James M Reaves, III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jason Davila, et al.,<br><br>　　　　Defendants. | NO. CV-20-00372-TUC-SHR<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 14, 2020, the complaint and this case are dismissed without prejudice.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 14, 2020

　　　　　　　　　　　　　　　　s/ D. Curiel
　　　　　　　　　　　　　By　　Deputy Clerk